IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.  01-cv-00438-LTB-BNB

Phillip Kevin Bush,
    Petitioner,

vs.

Colorado Attorney General, et al.,
    Respondent(s).

F I L E D
UNITED STATES DISTRICT COURT
DENVER

APR 1 4 2006

GREGORY C. LANGHAM
    CLERK

---

ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this ___13th___ day of ___April___, 2006.

BY THE COURT:

_____
Lewis T. Babcock, Chief Judge

Re: 01-cv-00438-LTB-BNB

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the below date a copy of an order returning State Court Record signed by Chief Judge, Lewis T. Babcock, was mailed to the following on __April 14, 2006__.

Larimer County Court
Larimer County Justice Center
201 LaPorte Avenue, Suite # 100
Fort Collins, Colorado 80521

Colorado State Archives
1313 Sherman Street, Rm. 1B20
Denver, Colorado 80203

By: _____
Deputy Clerk